# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CYDNIE CASH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-359-J |
| | ) |
| MARTIN O'MALLEY, Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff initiated this action seeking judicial review of the final decision of Defendant denying her application for supplemental security income. The matter was referred to United States Magistrate Judge Chris M. Stephens under 28 U.S.C. § 636. On October 11, 2024, Judge Stephens issued a Report and Recommendation recommending that the Court affirm Defendant's decision and advising the parties of their right to file written objections by November 1, 2024. [Doc. No. 16]. Neither party filed an objection or sought an extension of time to do so, thereby waiving any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). Accordingly, the Report and Recommendation [Doc. No. 16] is ADOPTED, and Defendant's decision is AFFIRMED.

IT IS SO ORDERED this 4th day of November, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE